AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**NORTHERN DIVISION**

| | |
|---|---|
| ROC F. SANSOTTA, *Individually*, ) <br> ROC F. SANSOTTA, *Trustee and Executor* ) <br> *of the Estate of Father Joseph Klaus*, ) <br> RALPH S. TOMITA, GLORIA A. TOMITA, ) <br> CAROLE A. SHACKLEFORD, JAMES ) <br> BREGMAN, LINDA ATSUS, and ) <br> GEORGE D. RUSIN, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> TOWN OF NAGS HEAD, N.C., ) <br>     Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 2:11-CV-3-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court GRANTS the Town of Nags Head, N.C.'s Motion to Dismiss for Lack of Subject-Matter Jurisdiction [D.E. 32], DENIES as moot the Town of Nags Head, N.C.'s Motion for Judgment on the Pleadings [D.E. 32], and DENIES as moot Plaintiff's Motion for Summary Judgment [D.E. 30].

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JULY 17, 2012**</u> WITH A COPY TO:

Jason Pfister (via CM/ECF Notice of Electronic Filing)
Benjamin Gallop (via CM/ECF Notice of Electronic Filing)
John D. Leidy (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| July 17, 2012 <br> Date | JULIE A. RICHARDS, Clerk <br> Eastern District of North Carolina <br> <br> /s/ Debby Sawyer <br> (By) Deputy Clerk |
| Raleigh, North Carolina | |