# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### NORTHERN DIVISION

| | |
|---|---|
| ROC F. SANSOTTA, *Individually*,<br>ROC F. SANSOTTA, *Trustee and Executor*<br>*of the Estate of Father Joseph Klaus*,<br>RALPH S. TOMITA, GLORIA A. TOMITA,<br>CAROLE A. SHACKLEFORD, JAMES<br>BREGMAN, LINDA ATSUS, and<br>GEORGE D. RUSIN,<br>    Plaintiffs,<br><br>v.<br><br><br>TOWN OF NAGS HEAD, N.C.,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 2:11-CV-3-D** |

**Decision by the Court:**

   IT IS ORDERED AND ADJUDGED that the Court GRANTS the Town of Nags Head, N.C.'s Motion to Dismiss for Lack of Subject-Matter Jurisdiction [D.E. 32], DENIES as moot the Town of Nags Head, N.C.'s Motion for Judgment on the Pleadings [D.E. 32], and DENIES as moot Plaintiff's Motion for Summary Judgment [D.E. 30].

   **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JULY 17, 2012**</u> WITH A COPY TO:

Jason Pfister (via CM/ECF Notice of Electronic Filing)
Benjamin Gallop (via CM/ECF Notice of Electronic Filing)
John D. Leidy (via CM/ECF Notice of Electronic Filing)


<u>July 17, 2012</u>
Date

Raleigh, North Carolina

JULIE A. RICHARDS, Clerk
Eastern District of North Carolina

<u>/s/ Debby Sawyer</u>
(By) Deputy Clerk